957 A.2d 228

Kevin POWELL, Petitioner

v.

PHILADELPHIA DISTRICT ATTORNEY and
Court of Common Pleas of Philadelphia
County, Respondents.

No. 71 EM 2008.

Supreme Court of Pennsylvania.

Sept. 23, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of September, 2008, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's Motion to Withdraw Guilty Plea, *Nunc Pro Tunc,* which was filed in the trial court at CP–51–CR–0504221–1999 on June 25, 2007, within 60 days of the entry of this order.